# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00432-CV

In re Travis Lindsay Pope, Sr.

### Original Proceeding

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

Relator's petition for writ of mandamus, filed on November 17, 2025, is denied.

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED: November 20, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Denied
OT06

